# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE:<br>Cynthia Budzianowski, Debtor | CHAPTER 13<br>CASE NO. 17-14750-FJB |
|---|---|

## STIPULATION REGARDING POST-PETITION ARREARS DUE TO FEDERAL NATIONAL MORTGAGE ASSOCIATION
## (43 BAKER STREET, HANSON, MA 02341)

Now comes Federal National Mortgage Association (hereinafter, "FMNA") and Cynthia Budzianowski ("Debtor"), who stipulate as follows:

1. The total post-petition arrearage as of April 19, 2018 is **$9,903.12** consisting of the following post-petition payments and charges:

   | | | |
   |---|---|---|
   | Payments 1/1/18 – 4/1/18 | 4 @ $2,243.03 | $8,972.12 |
   | Attorney's Fees and Costs | | $931.00 |
   | **Total Amount Due** | | **$9,903.12** |

2. On or before May 1, 2018 and by the 15th of each month thereafter, through October 1, 2018, the Debtors shall make payments as set forth below to cure the post-petition arrearage due on the claim:

   **Stipulation Payment Schedule**

   | Payment Number (or due date) | Monthly Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
   |---|---|---|---|
   | 5/1/18 | $2,243.03* | $1,650.52 | $3,893.55 |
   | 6/1/18 | $2,243.03* | $1,650.52 | $3,893.55 |
   | 7/1/18 | $2,243.03* | $1,650.52 | $3,893.55 |
   | 8/1/18 | $2,243.03* | $1,650.52 | $3,893.55 |
   | 9/1/18 | $2,243.03* | $1,650.52 | $3,893.55 |
   | 10/1/18 | $2,243.03* | $1,650.52 | $3,893.55 |

   *If the Debtors receive notice of a change in the regular monthly payment during the terms of the stipulation, the Debtors shall make the appropriate adjustment to the total monthly

   amount due. The monthly arrearage amount will not change.

3. Thereafter, commencing on November 1, 2018, and monthly thereafter, the Debtors shall make the regular monthly post-petition payments in the amount of $2,243.03, subject to change pursuant to the terms of the Note and Mortgage.

4. All payments under this stipulation should be made payable to the servicer, Seterus, Inc., and sent to the following address:

> Seterus, Inc.
> Box #: 54420
> 1200 West 7th Street Suite L2-200
> Los Angeles, CA 90017

5. **IF THE DEBTOR FAILS TO MAKE SAID PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPH TWO OF THIS STIPULATION, RELIEF FROM STAY MAY BE GRANTED WITHOUT HEARING BY THE COURT UPON FNMA FILING A CERTIFICATE OF NON-COMPLIANCE AND THE MOTION FOR RELIEF FROM STAY, AFTER TEN (10) DAYS NOTICE OF DEFAULT TO THE DEBTOR AND THE DEBTOR'S ATTORNEY, BY FIRST CLASS MAIL POSTAGE PREPAID OR FACSIMILE.  A $50.00 FEE SHALL BE CHARGED FOR EACH NOTICE OF DEFAULT, AND A $150.00 FEE SHALL BE CHARGED FOR EACH CERTIFICATE OF NON-COMPLIANCE NEEDED THROUGHOUT THE LIFE OF THIS STIPULATION AGREEMENT.  THE DEBTOR HAS THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION.**

6. The terms of this stipulation shall be null and void if the case is converted or dismissed.

Agreed to on this 30 day of April, 2018

| | |
|---|---|
| Federal National Mortgage Association<br>By its attorney,<br><br>/s/Joshua Ryan-Polczinski<br>Joshua Ryan-Polczinski, Esquire<br>BBO#678007<br>Harmon Law Offices, P.C.<br>P.O. Box 610389<br>Newton Highlands, MA 02461-0345<br>(617) 558-0500<br>617-243-4049 (fax)<br>mabk@harmonlaw.com | Cynthia Budzianowski,<br>By their attorney,<br><br>/s/Danielle M. Callahan<br>Danielle M. Callahan, Esquire<br>Callahan Law Group, LLC<br>400 Trade Center<br>Suite 5900<br>Woburn, MA 01801<br>(617) 657-3489<br>dcallahan@callahanlawgroup.com |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE: | Case No. 17-14750-FJB |
|---|---|
| Cynthia Budzianowski, Debtor. | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Joshua Ryan-Polczinski, state that on April 30, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Federal National Mortgage Association using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Danielle Calahan
Carolyn A. Bankowski
John P. Fitzgerald III

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Cynthia Budzianowski
159 County Rd
Ipswich, MA 01938

Eastern Bank
195 Market St.
Lynn, MA 01901

Ipswich Tax Collector
25 Green St.
Ipswich, MA 01938

Respectfully submitted,

Federal National Mortgage Association,
By its Attorney

/s/Joshua Ryan-Polczinski
Joshua Ryan-Polczinski
BBO#  678007
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: April 30, 2018