**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| IN RE: | CHAPTER 13 |
|---|---|
| Cynthia Budzianowski, Debtor | CASE NO. 17-14750-FJB |

## MOTION TO APPROVE STIPULATION

Now comes Federal National Mortgage Association and Cynthia Budzianowski ("Debtor") and state that the parties entered into a Stipulation on April 30, 2018. Federal National Mortgage Association respectfully requests that this Court approve said stipulation which contains the following default language:

**IF THE DEBTOR FAILS TO MAKE SAID PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPH TWO OF THIS STIPULATION, RELIEF FROM STAY MAY BE GRANTED WITHOUT HEARING BY THE COURT UPON FNMA FILING A CERTIFICATE OF NON-COMPLIANCE AND THE MOTION FOR RELIEF FROM STAY, AFTER TEN (10) DAYS NOTICE OF DEFAULT TO THE DEBTOR AND THE DEBTOR'S ATTORNEY, BY FIRST CLASS MAIL POSTAGE PREPAID OR FACSIMILE.  A $50.00 FEE SHALL BE CHARGED FOR EACH NOTICE OF DEFAULT, AND A $150.00 FEE SHALL BE CHARGED FOR EACH CERTIFICATE OF NON-COMPLIANCE NEEDED THROUGHOUT THE LIFE OF THIS STIPULATION AGREEMENT.  THE DEBTOR HAS THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION.**

        Federal National Mortgage Association,
        By its attorney,

        /s/Joshua Ryan-Polczinski_____
        Joshua Ryan-Polczinski, Esquire
        BBO#678007
        Harmon Law Offices, P.C.
        P.O. Box 610389
        Newton Highlands, MA 02461-0345
        (617) 558-0500
        617-243-4049 (fax)
        mabk@harmonlaw.com

Dated: April 30, 2018

## NOTICE

All objections to this Motion must be filed within fifteen (15) days of this date unless otherwise ordered by Court.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Cynthia Budzianowski,<br>Debtor. | Case No. 17-14750-FJB<br>Chapter 13 |

### CERTIFICATE OF SERVICE

I, Joshua Ryan-Polczinski, state that on April 30, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Federal National Mortgage Association using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Danielle Calahan
Carolyn A. Bankowski
John P. Fitzgerald III

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Cynthia Budzianowski
159 County Rd
Ipswich, MA 01938

Eastern Bank
195 Market St.
Lynn, MA 01901

Ipswich Tax Collector
25 Green St.
Ipswich, MA 01938

                                              Respectfully submitted,

                                              Federal National Mortgage Association,
                                              By its Attorney

                                              /s/Joshua Ryan-Polczinski
                                              Joshua Ryan-Polczinski
                                              BBO#  678007
                                              Harmon Law Offices, P.C.
                                              PO Box 610389
                                              Newton Highlands, MA 02461
                                              (617)558-0500
                                              mabk@harmonlaw.com

Dated: April 30, 2018